# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JIMMY WESTLEY                                    NO.   2022 CW 0706

VERSUS

ABRAHAM NUNEZ-RODRIQUEZ &                        **AUGUST 12, 2022**
M & W FARMS INC. ET AL

---

In Re:    Louisiana  Farm  Bureau  Casualty  Insurance  Company,
          applying for supervisory writs, 18th Judicial District
          Court, Parish of Iberville, No. 79466.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(9).  It fails to include any opposition filed by plaintiff, Jimmy Westley, or a statement advising no opposition was filed.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

If relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before August 26, 2022, and must contain a copy of this ruling.

VGW
JMG
EW

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT